IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1893-LTB-BNB

DESMOND E. OGBEDEAGU,

Plaintiff,

v.

AUTOLIV ASP, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    In view of the Recommendation of United States Magistrate Judge entered this morning,

    IT IS ORDERED that the defendant's **Motion to Vacate Scheduling Order or For Extension of Time Pending Outcome of Motion for Judgment on the Pleadings and for Motion to Dismiss**, filed April 28, 2005, is GRANTED.

DATED:  August 18, 2005