**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-01893-LTB-BNB

DESMOND E. OGBEDEAGU,
        Plaintiff,

v.

AUTOLIV INC., ASP
        Defendant.
_____

**ORDER**
_____

On August 18, 2005, the Magistrate Judge entered and served his recommendation that Defendant's Motion for Summary Judgment be granted and judgment enter in favor of Defendant and against Plaintiff on all claims and that the action be dismissed with prejudice. Plaintiff has filed timely written objections to the Magistrate Judge's recommendation on September 19, 2005 and September 27, 2005. Defendant has filed a memorandum in response and Plaintiff has responded to that. I have therefore reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED and judgment shall enter in favor of Defendant against Plaintiff dismissing Plaintiff's claims against Defendant with prejudice.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

Dated: October 13, 2005