IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01893-LTB-BNB

DESMOND E. OGBEDEAGU,

        Plaintiff,

v.

AUTOLIV IND. ASP,

        Defendant.

## ORDER TO CURE DEFICIENCY

Babcock, Chief Judge

    Plaintiff submitted a "Motion to Proceed to Trial" being treated as a Notice of Appeal on November 14, 2005 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___    is not on proper form (must use the court's current form)
      ___    is missing original signature by plaintiff/petitioner on motion
      ___    is missing affidavit
      ___    affidavit is incomplete
      ___    is missing original signature by plaintiff/petitioner on affidavit
      ___    affidavit is not notarized or is not properly notarized
      ___    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __2nd__ day of December, 2005.

BY THE COURT:

s/Lewis T. Babcock
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO